IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| NEAL SHANNON LONG, | ) | |
| Plaintiff, | ) | Civil Action No. 7:18-cv-00052 |
| | ) | |
| v. | ) | |
| | ) | By: Elizabeth K. Dillon |
| SOUTHWEST VIRGINIA | ) | United States District Judge |
| REGIONAL JAIL, | ) | |
| Defendant. | ) | |

**MEMORANDUM OPINION**

Plaintiff Neal Shannon Long, a Virginia inmate proceeding *pro se,* filed a civil complaint pursuant to 42 U.S.C. § 1983, naming the Southwest Virginia Regional Jail (Jail) as the sole defendant. The court conditionally filed the complaint, advised him that the Jail was not a proper defendant under § 1983, and gave him the opportunity to amend the complaint. Long filed an amended complaint, still against the Jail. By order entered March 4, 2019, the court once again advised Long that his complaint failed to state a claim against the named defendant and advised him that in order to proceed with this action, he must file an amended complaint. The court warned Long that failure to file an amended complaint within fourteen days would result in dismissal of his complaint. Long filed no response to the court's order. Inasmuch as Long has failed to comply with the court's order within the time allotted, the court will dismiss his complaint without prejudice.

An appropriate order will be entered.

Entered: April 4, 2019.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge